1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA HARTER, #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
SAGE KAVENY
4 | Certified Student Attorney
801 I Street, 3rd Floor
5 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
Aneka Ganzon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00364-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ANEKA GANZON, | |
| Defendant. | Date: December 13, 2011<br>Time: 2:00 P.M.<br>Judge: Hon. Kendall J. Newman |

   The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and Linda Harter, Attorney for Defendant ANEKA GANZON, hereby stipulate to continue the status conference set for Wednesday, November 30, 2011, at 9:00am.

   The defendant is charged with 18 U.S.C. § 641 - Theft of Government Property, a Class A Misdemeanor.  The government has recommended deferred prosecution in this case, and the defendant has already met with a pretrial services officer.

   This continuance is requested because Ms. Ganzon is a student at Mission College in Santa Clara, California, attends classes on Wednesdays, and has two exams scheduled on December 12th. Additionally,

1  Ms. Ganzon does not have a driver's license and takes public transportation.  The earliest train departing
2  from Santa Clara does not arrive in Sacramento until 9:45am.  Accordingly, the parties jointly request that
3  a new status conference be set for Tuesday, December 13, 2011, at 2:00pm.
4       The parties further agree that time should be excluded from the date of this [Proposed] Order until
5  the Status Conference, which is requested for December 13, 2011, pursuant to 18 U.S.C. §§ 3161(h)(2)
6  and (h)(7)(B)(iv), and Local Code I (deferred prosecution) and T4 (reasonable time to prepare).  The
7  interests of justice served by granting this continuance outweigh the best interests of the public and the
8  defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(2) and (h)(7)(B)(iv).

10  Dated:  November 10, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANEKA GANZON

17  Dated:  November 10, 2011

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                          /s/ Justin Lee
                                          JUSTIN LEE
                                          Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated:  November 14, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE