```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANEKA GANZON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ANEKA GANZON,<br><br>              Defendant.<br>_____ | 2:11-CR-00364-KJN<br><br>STIPULATION AND ORDER TO TERMINATE PRETRIAL DIVERSION, TO VACATE CONTROL DATE, AND TO DISMISS THE UNDERLYING CHARGE WITH PREJUDICE<br><br>Date: May 16, 2012<br>Time: 9:00 A.M.<br>Judge: Hon. Kendall J. Newman |

    The United States Attorney through his respective counsel, Justin Lee, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for Defendant ANEKA GANZON, and SAGE D. KAVENY, Certified Student Attorney, hereby stipulate to terminate pretrial diversion, to vacate the control date set for May 16, 2012 at 9:00 a.m., and to dismiss the underlying charge with prejudice.

    The defendant is charged with 18 U.S.C. § 641 - Theft of Government Property, a Class A Misdemeanor.  Ms. Ganzon has successfully completed pretrial diversion and Pretrial Services

recommends that the diversion program be terminated.  (See attached letter from U.S. Pretrial Services Officer Rebecca A. Fidelman dated April 16, 2012.)

Accordingly, the parties jointly request that pretrial diversion be terminated, that the control date scheduled for May 16, 2012 at 9:00 a.m. be vacated, and that the underlying charge be dismissed with prejudice.

Dated:  May 1, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
ANEKA GANZON

Dated:  May 1, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 2, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ganzon 2:11-CR-00364-KJN
Stipulation to Terminate Pretrial Diversion
and Vacate Control Date                -2-